PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890

Barry N. Saltzman (BN 6533)
Michael J. D'Angelo (MD 3030)

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MASON TENDERS DISTRICT COUNCIL          :
WELFARE FUND, PENSION FUND, ANNUITY     :
FUND and TRAINING PROGRAM FUND, and     :
JOHN J. VIRGA, in his fiduciary capacity as Director, :
                                                                        :   07 Civ. 3931 (CM)(KNF)
                    Plaintiffs,         :
                                        :
            -against-                   :   **NOTICE OF APPEARANCE**
                                        :
CHAMPION CONSTRUCTION CORP.,            :
                                        :
                    Defendant.          :
                                        :
-------------------------------------------------------------------- x

PLEASE TAKE NOTICE that on behalf of Defendant, CHAMPION CONSTRUCTION CORP., the undersigned attorney appears as co-counsel of record.

PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the defendants should be served upon the undersigned.

Dated: New York, New York
       July 19, 2007

                                        Respectfully submitted,

                                        PITTA & DREIER LLP
                                        *Attorneys for Defendant*

                                        By: _____
                                            Michael J. D'Angelo (MD 3030)
                                        499 Park Avenue
                                        New York, New York 10022
                                        (212) 652-3890

{00273797.DOC;}