PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890

Barry N. Saltzman (BN 6533)
Michael J. D'Angelo (MD 3030)

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY
FUND and TRAINING PROGRAM FUND, and
JOHN J. VIRGA, in his fiduciary capacity as Director,

                                   Plaintiffs,

                                 -against-

CHAMPION CONSTRUCTION CORP.,

                                 Defendant.
---------------------------------------------------------------- x

07 Civ. 3931 (CM)(KNF)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that on behalf of Defendant, CHAMPION CONSTRUCTION CORP., the undersigned attorney appears as co-counsel of record.

PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the defendants should be served upon the undersigned.

Dated: New York, New York
       July 19, 2007

                                                    Respectfully submitted,

                                                    PITTA & DREIER LLP
                                                    *Attorneys for Defendant*

                                                    By:_____
                                                       Barry N. Saltzman (BS 6533)
                                                   499 Park Avenue
                                                   New York, New York 10022
                                                   (212) 652-3890

{00273797.DOC;2}