UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————X

Mason Tenders District Council Welfare Fund,

           Plaintiff(s),           07 Civ. 3931 (CM) (KNF)

  -against-                          ORDER OF REFERENCE
                                        TO A MAGISTRATE JUDGE

Champion Construction Corp.,

           Defendant(s).

—————————————————————X

The above entitled action is referred to the Honorable Kevin N. Fox, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ✓ Specific Non-Dispositive Motion/Dispute:* <br> _Discovery_ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction <br><br> Purpose: ___ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: ___ | ___ Habeas Corpus <br><br> ___ Social Security |
| ✓ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ___ Inquest After Default/Damages Hearing | |
| | Particular Motion: ___ <br><br> All such motions: ___ |

* Do not check if already assigned for general pretrial.

Dated: 7/20/07
New York, New York

SO ORDERED

_____
Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 7/20/07