USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND,
ANNUITY FUND and TRAINING PROGRAM
FUND, and JOHN J. VIRGA, in his fiduciary
capacity as Director,

                        Plaintiffs,

-against-

CHAMPION CONSTRUCTION CORP.,

                        Defendant.

No. 07-Civ. 3931 (CM)(KNF)

**STIPULATION EXTENDING TIME**

The parties, by their respective undersigned counsel, hereby stipulate that the time for Defendant to respond to the complaint in this action shall be extended through July 31, 2007. This is Defendant's first formal extension.

GORLICK, KRAVITZ & LISTHAUS, P.C.

By: _____
    Michael S. Adler
Attorney for Plaintiffs
17 State Street
New York, New York 10004
Tel (212) 269-2500

Dated July 8, 2007

PITTA & DREIER LLP

By: _____
    Barry N. Saltzman (BS6533)
Attorneys for Defendant
499 Park Avenue
New York, New York 10022
Tel (212) 652-3890

Dated: July 18, 2007

SO ORDERED:

_____
U.S.D.J.
New York, New York
July 19, 2007

{00273364.DOC.}