USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL          :
WELFARE FUND, PENSION FUND, ANNUITY
FUND, and TRAINING PROGRAM FUND, and    :
JOHN J. VIRGA, in his fiduciary capacity as
Director,                                :

          Plaintiffs,          :

          -against-           :

CHAMPION CONSTRUCTION CORP.,             :

          Defendant.           :
------------------------------------------------------------X

ORDER

07 Civ. 3931 (CM)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic conference will be held in the above-captioned action on September 11, 2007, at 10:15 a.m. The telephonic conference shall be initiated by counsel to the plaintiffs to (212) 805-6705.

Dated: New York, New York
      July 30, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE