PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890
Barry N. Saltzman (BS 6533)
Michael D'Angelo (MD 3030)

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND and TRAINING PROGRAM FUND, and JOHN J. VIRGA, in his fiduciary capacity as Director, <br><br> Plaintiffs, <br><br> -against- <br><br> CHAMPION CONSTRUCTION CORP., <br><br> Defendant. | No. 07-Civ. 3931 (CM)(KNF) <br><br> **7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, CHAMPION CONSTRUCTION CORP., a private non-governmental party, certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

   NONE

Dated: New York, New York
      July 30, 2007

                                      Respectfully submitted

                                      PITTA & DREIER, LLP

                                      By: _____
                                           Barry N. Saltzman (BS6533)
                                    Attorneys for Defendant
                                    499 Park Avenue
                                    New York, New York 10022
                                    (212) 652-3827

Of Counsel:
    Michael D'Angelo (MD3030)