PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890
Barry N. Saltzman (BS 6533)
Michael D'Angelo (MD 3030)

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND,
ANNUITY FUND and TRAINING PROGRAM
FUND, and JOHN J. VIRGA, in his fiduciary
capacity as Director,

        Plaintiffs,

 -against-

CHAMPION CONSTRUCTION CORP.,

        Defendant.

No. 07-Civ. 3931 (CM)(KNF)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         ) s.s.
COUNTY OF NEW YORK )

 MICHAEL J. D'ANGELO, being duly sworn, deposes and says:

 That deponent is not a party to this action, is over eighteen years of age and resides in Massapequa, New York. That on the 30th July, 2007 deponent served the within:

  Answer and 7.1 Statement
upon:
  Michael Adler, Esq.
  Gorlick, Kravitz & Listhaus, P.C.
  17 State Street
  New York, New York 10004

the address designated by said party for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within New York State.

*Michael J. D'Angelo*

Sworn to before me this
30th day of July, 2007

*Notary Public*

Susan E. Gempler
Notary Public State of New York
Qualified in New York County
Reg. No. 01GE6164360
Commission Expires 4/16/2011

{00277036.DOC;}