UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

MASON TENDERS DISTRICT COUNCIL WELFARE    :
FUND, PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND, ET AL.,    :

              Plaintiffs,

                           :

          -against-

                           :

CHAMPION CONSTRUCTION CORP.,

              Defendant.    :

----------------------------------------------------------------------X

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: _09/12/07_ | |

**ORDER**

07 Civ. 3931 (CM)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that:

(1)     a settlement conference shall be held in the above-captioned action on October 29, 2007, at 10:30 a.m., in courtroom 20A, 500 Pearl Street, New York, New York;

(2)     the parties shall review the Settlement Procedures under which the conference will be conducted, in particular the attendance and pre-conference submission requirements specified in paragraphs three and six therein. The Settlement Procedures may be accessed on the court's website at http://www1.nysd.uscourts.gov/judge_info.php?id=63; and

(3)     at least ten days prior to the above-noted settlement conference, the parties shall confer, in person or by telephone, to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the settlement conference, the parties shall notify the undersigned, in writing, expeditiously.

Dated: New York, New York
       September 11, 2007

SO ORDERED:

_Kevin Nathaniel Fox_

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE