# GORLICK, KRAVITZ & LISTHAUS, P.C.
### ATTORNEYS AT LAW
17 STATE STREET, 4TH FLOOR
NEW YORK, NEW YORK 10004-1501

**MEMO ENDORSED**

BUFFALO OFFICE
443 POTOMAC AVENUE
BUFFALO, NY 14213
(716) 881-0800
FAX (716) 881-0810

(212) 269-2500
FAX (212) 269-2540
WWW.GKLLAW.COM

NEW JERSEY OFFICE:
60 PARK PLACE, 6TH FLOOR
NEWARK, NJ 07102
(973) 124-8811

LAWRENCE A. KRAVITZ (1972-2003)
BRUCE L. LISTHAUS
MICHAEL J. VOLLBRECHT*
BARBARA S. MEHLSACK*

OF COUNSEL
ANDREW GORLICK*

*NY Bar Only

October 23, 2007

Via Telefax

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 10/25/07

October 23, 2007

RECEIVED
OCT 23 2007
CHAMBERS
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

Honorable Kevin Nathaniel Fox, U.S.M.J.
United States Court House
500 Pearl Street
New York, New York 10007

Re: Mason Tenders District Council Welfare Fund v. Champion Construction Corp.;
07 Civ. 3931 (CM)(KNF)

Dear Judge Fox:

The undersigned counsel for plaintiffs in the above-referenced action, together with counsel for defendant, respectfully request a short adjournment of the settlement conference in the above-referenced action, currently scheduled for October 29, 2007, at 10:30 a.m. The reason for the request is that the parties have been exchanging documents in an attempt to settle this matter, with defendants providing their responsive documents this week. Those documents have been forwarded to the auditors for plaintiffs, who should be able to complete a review within the next week. The requested adjournment may provide sufficient time to resolve this matter, and if not will narrow the issues for the settlement conference. In addition, counsel for defendant will be unavailable from November 5 to November 12, 2007 due to a previously scheduled vacation.

Accordingly, the parties suggest any time on November 15, 16, 19 or 20 for the conference.

10/24/07
Application granted.
The settlement conference
will be held on November 16, 2007,
at 2:30 p.m. in courtroom 6A.
SO ORDERED:
/Kevin Nathaniel Fox/
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully,

GORLICK, KRAVITZ & LISTHAUS, P.C.

Michael J. Vollbrecht
MV 1118

cc: Via Telefax
Pitta & Dreier